UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRIAN HERRERA,                                                                                   Petitioner,

v.                                                                           Civil Action No. 3:26-cv-119-RGJ

KRISTI NOEM, et. al.,
                                                                                                Respondents.

### ORDER GRANTING MOTION TO CONTINUE

Petitioner alerted to the Court of a scheduling conflict for the upcoming Show Cause hearing. [DE 6 at 73]. Petitioner also provided evidence of the conflict. [DE 6-2 at 75]. The parties have jointly agreed to a new date and time. Thus, upon the motion to continue the February 25, 2026, hearing and, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED, AND the **February 25, 2026, hearing is REMANDED**. The hearing is RESCHEULED for **March 4, 2026, at 1:00 PM Eastern Time** at the U.S. Courthouse in Louisville, Kentucky.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

February 25, 2026