UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRIAN HERRERA,                                                          Petitioner,

v.                                                          Civil Action No. 3:26-cv-119-RGJ

KRISTI NOEM, et al.,                                                   Respondents.

* * * * *

**ORDER**

The Court held a show cause hearing on March 4, 2026. [DE 3]. Following the hearing, the Court granted each party additional time to investigate and file briefs, as necessary. [DE 11]. Now, the parties have notified the Court that they "stipulate to a voluntary dismissal" because "Petitioner has been removed." [DE 12 at 88]. Accordingly, and the Court being otherwise sufficiently advised,

IT IS ORDERED:

1. The pending Petition [DE 1] is **MOOT**.

2. All pending dates and deadlines are **VACATED**.

3. This action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

4. The action is **CLOSED** and **STRICKEN** from the Court's active docket.

Rebecca Grady Jennings, District Judge
United States District Court

March 23, 2026